CLERK US DISTRICT COURT
NORTHERN DIST. OF TX
FILED

2011 DEC -2 PM 4: 48

DEPUTY CLERK _____

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | | |
|---|---|---|
| PREM SALES, LTD. | § | |
| | § | |
| V. | § | CIVIL ACTION NO. |
| | § | 5-11 CVO 136-C |
| SANYO ELECTRIC AIR | § | |
| CONDITIONING CO., LTD.; | § | |
| Et Al. | § | |

### PLAINTIFF'S EMERGENCY MOTION
### FOR AN ORDER APPOINTING INTERNATIONAL PROCESS SERVER
### OR IN THE ALTERNATIVE, MOTION FOR ENLARGEMENT OF TIME

1. Plaintiff, Prem Sales, Ltd, respectfully moves the Court for an order to appoint an international process server.

2. Plaintiff presents to the Court that in order to fully comply with the Court's Order of November 23, 2011, ECF Document 26, Section C proper service upon Defendant under The Hague Convention requires an Order of this Court appointing an international process server.

3. Plaintiff advises the Court that translation into Japanese should be finalized today, and that service of process under two different methods will follow. Plaintiff is advised that service on the Ministry of Japan will cause the matter to filed in a Japanese Court, where that court will appoint a process server who will perfect actual service upon Defendant. Actual service under that method may not occur for up to two months. As an acceptable alternative, process may be independent process server.

4. WHEREFORE, Plaintiff respectfully prays for an order appointing international process server, or in the alternative for appropriate enlargement of time in which to perfect service as ordered by the Court under The Hague Convention.

---

Plaintiff's Motion for an order or alternative enlargement of time          Page 1 of 1

Respectfully Submitted,

S/ Lamar D. Treadwell
Lamar D. Treadwell
SBN: 20205000
551 West Cordova Rd., #720
Santa Fe, New Mexico 87505
(505) 660-0602 Office
(505) 757-8519 Fax

Local Counsel:
LAW OFFICES OF TRAVIS S. WARE
S/ Travis S. Ware
Travis S. Ware
SBN: 20864500
1915 Broadway
Lubbock, Texas 79401
(806) 763-5044
(806) 763-7536 (Fax)
ATTORNEYS FOR PLAINTIFF

## CERTIFICATE OF CONFERENCE

The undersigned hereby certifies that on December 2, 2011, he conferred with John Sims, counsel of Defendant herein and he had no objection to this Motion or entry of the Order appointing an international process server.

S/ Lamar D. Treadwell
Lamar D. Treadwell

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument has been filed by ECF, and sent to all counsel of record by ECF for the Defendants in accordance with Fed. R. Civ. P. 5 and the rules pertaining to ECF on this the 2nd day of December 2011 as follows:

ATTORNEY FOR DEFENDANT
John C. Sims
TBN: 18426000
Law Office of John C. Sims
P.O. Box 10236
Lubbock, Texas 79408
(806) 763-9555 Office
(806) 763-5804 Fax

S/ Lamar D. Treadwell
Lamar D. Treadwell